HARRY C. RICE, as Administrator, etc., of DOROTHY C. RICE, Deceased, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order

**54**

# 850 CASES REPORTED WITH BRIEF SYLLABI.

affirmed, with costs, on the ground that the substance of the defendant's request to charge excepted to, had been given in the main charge. All concur; Hubbs, P. J., not sitting.